FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 13 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TAWHID L. SIDDIQUEE,                             10-CV-2691 (ARR)(LB)

                      Plaintiff,

-against-                                        NOT FOR
                                                 PRINT OR ELECTRONIC
MASHHURA ALAMGIR ANKHI,                          PUBLICATION

                      Defendant.          ORDER

------------------------------------------------------------------X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 15, 2011, from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's action against defendant Ankhi is dismissed without prejudice for failure to properly serve the defendant in accordance with Federal Rule of Civil Procedure 4(f). The Clerk of Court is directed to enter judgment accordingly.

1

SO ORDERED.                                              /s/(ARR)

                                                    _____
                                                    Allyne R. Ross
                                                    United States District Judge

Dated: October 6, 2011
       Brooklyn, New York

SERVICE LIST:

**Plaintiff:**

Tawhid I. Siddiquee
87-86 168th Place, 2nd Flr.
Jamaica, NY 11432